**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kristopher CARVER, Defendant–Appellant.**

No. 15–11671

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Nov. 17, 2015.

Lindsay Feinberg, U.S. Attorney's Office, Macon, GA, Michael J. Moore, U.S.

---

Attorney, Crawford Seals, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

David Lynn Roberts, Attorney at Law, Columbus, GA, for Defendant–Appellant.

Kristopher Carver, Edgefield, SC, pro·se.

Before HULL, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM.

David L. Roberts, appointed counsel for Kristopher Carver, in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Carver's convictions and sentences are **AFFIRMED**.